UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | |
| ) | |
| *Plaintiff*, ) | |
| ) | |
| v. ) | Court No. |
| ) | |
| FORBES PARK, LLC, ) | |
| ) | |
| *Defendant*. ) | |

## **COMPLAINT FOR MONEY JUDGMENT**

The United States of America, by its attorneys, Carmen M. Ortiz, United States Attorney for the District of Massachusetts, and Christopher R. Donato, Assistant United States Attorney, states as its complaint that:

1. Jurisdiction of this action is conferred on the Court by 28 U.S.C. § 1345.

2. Plaintiff is the United States of America, acting through the U.S. Department of the Treasury - Financial Management Service (hereinafter "FMS"). The debt was referred to the United States in accordance with the Debt Collection Improvement Act of 1996. (DCIA) (31 U.S.C. § 3701 et seq.).

3. Defendant Forbes Park, LLC (hereinafter "Forbes") is a Massachusetts business whose last known address is in Somerville, MA.

4. The debt arose in connection with the Defendant's failure to meet minimum energy production requirements under Section 1603 of the American Recovery and Reinvestment Act of 2009 (ARRA) (Pub.L. 111-5), which establishes payments, in lieu of tax credits for "Specified Renewable Energy Property" (hereinafter "SREP").

5. According to U.S. Department of Treasury (hereinafter "Treasury") records, Blair Galinsky (hereinafter "Galinsky"), as Manager of Forbes, submitted an electronic application on or about November 23, 2009, requesting that $620,685.00 in funds be obtained to support the wind-energy production project in operation at the company's residential development property located in Somerville, MA. See *Exhibit "A"* attached hereto and incorporated herein.

6. According to the Treasury's records, on or about November 25, 2009, Forbes' application was approved, and $620,685.00 in funds was disbursed electronically to the company. The funds were intended to cover five (5) years of operation costs for the wind-energy facility. See *Exhibit "B"* attached hereto and incorporated herein.

7. On or about March 12, 2012, the National Renewable Energy Laboratory (NREL) sent the debtor Notice of Compliance stating that based on a recent progress report, the company's energy production over the first two years of its participation in the SREP did not meet minimum requirements of the program. The letter informed the Forbes that due to its noncompliance with program standards, the company was disqualified from the program. In addition, the letter informed Forbes that the company was required to repay $372,411.00, which was 60% of the funds that had been originally disbursed to Forbes. See *Exhibit "C"* attached hereto and incorporated herein.

8. Due to non-payment of the debt, the Treasury's Bureau of the Public Debt (hereinafter the "Treasury's Bureau") sent a demand letter to Galinsky/Forbes on or about May 15, 2012. Since Forbes had failed to comply with Section 1603 program requirements, the award disbursed to Forbes had been disallowed and the award amount of $372,411.00 had to be returned to the Treasury. See *Exhibit "D"* attached hereto and incorporated herein.

9. On or about August 22, 2012, the Treasury's Bureau sent another letter to Galinsky/Forbes informing the company that the $372,411.00 debt had been referred to FMS for administrative collection. See *Exhibit "E"* attached hereto and incorporated herein.

10. Between August 2012 and April 2013, FMS and private collection agencies contracted with FMS conducted enforcement actions but Forbes did not pay their debt in full.

11. Defendant is indebted to the United States in the principal amount of $372,411.00 and $2,367.11 in interest through April 12, 2013; including $138,516.06 penalty, administrative and agency fees, for a total amount of $513,294.17 as of April 12, 2013. Interest is to accrue annually at the pre-judgment rate of 1.0%. See *Exhibit "F"* attached hereto and incorporated herein.

12. The Defendant has failed to repay the aforesaid sum although demand has been duly made.

WHEREFORE, the United States demands judgment against the Defendant in the principal amount of $372,411.00 and interest in the amount of $2,367.11; including $138,516.06 in penalty, administrative and agency fees, for a total sum of $513,294.17.  The United States further demands, pursuant to 28 U.S.C. § 1961, that interest on the judgment accrue at the legal post-judgment rate until paid in full.

        Respectfully submitted,

        UNITED STATES OF AMERICA
        By its attorneys

        CARMEN M. ORTIZ
        United States Attorney

By: /s/ Christopher R. Donato
        CHRISTOPHER R. DONATO
        Assistant U.S. Attorney
        1 Courthouse Way, Suite 9200
        Boston, MA  02210
        (617) 748-3303

Dated:  July 23, 2013