# EXHIBIT B

Invoices (DEPARTMENT OF THE TREASURY)

Batch Control Total                    Actual Total

INVOICES QRG

| Invoice Num | Supplier | Supplier Num | Site | Invoice Amount | Invoice Date | Log/Accepted Date | GL_Date |
|---|---|---|---|---|---|---|---|
| 2009E45WF000303 | FORBES PARK LLC | 151537227 | 151537227 | 620,685.00 | 11/23/2009 | 11/23/2009 | 11/23/2009 |

1 General    2 Holds    3 View Payments    4 Scheduled Payments    5 View Prepayment Applications

Payment Method    Document Num    Payment Date    GL Date         Void    Payment Amount    Discount Taken
Electronic        17003490        11/25/2009      11/25/2009              620,685.00

Payment Overview

Overview         Distributions