# EXHIBIT C



treas1603@nrel.gov
03/12/2012 05:26 PM

To  blair@forbeslofts.com
cc  blair@forbeslofts.com
bcc
Subject  Section 1603 Payments in Lieu of Tax Credits for Specified Energy Property/



## Section 1603 Compliance Letter



We have reviewed your annual performance report and have determined that your property did not meet minimum energy production requirements. This is a disqualifying event under the program's Terms and Conditions and as a result, the funds awarded must be returned to the Treasury. Because the disqualifying event took place in the third year following the date the property was placed in service 60 of your award must be returned. You therefore owe a debt to the United States Treasury in the amount of ($372411.00).

Please pay this debt in full within 60 days from the date of this letter

Federal Reserve Bank of New York

If you fail to pay the full amount within 60 days from the date of this letter, we are required to assess interest on the unpaid balance at a rate of 1% annually, from the date of this notice. If you fail to pay your debt within 90 days from the date of this notice, we are required to add a penalty on the unpaid balance at a rate of 6% per year, from the date of this notice. Further, if you fail to pay this debt within 60 days from the date of this letter, we will refer your debt to Treasury's Financial Management Service, Debt Management Services division for collection, at which time an additional administrative fee of up to 30 percent will be added to your debt. If you are unable to immediately pay your debt in full, have any questions concerning this debt, or wish to discuss a repayment plan, please contact Nevelyn.Jones@treas.gov.

We are required to inform you that if you fail to pay your debt when due and your debt is referred to Debt Management Services, the U.S. Department of the Treasury will take any or all of the following actions:
- Reduce Federal payments, including your Federal income tax refund: Certain payments from the U.S. Government may be reduced by the amount of your debt. Federal payments subject to reduction include your Federal salary or retirement pay, IRS tax refunds, contractor/vendor payments, and certain Federal benefit payments. If you are entitled to

receive a payment that may be legally offset, we intend to reduce your payment to collect your debt.
- Refer your debt to a private collection agency: Your delinquent debt may be referred to a private collection agency for collection, resulting in increased costs to you.
- Litigation: The U.S. Department of Justice may start a lawsuit against you.
- Credit Reporting: Your delinquent debt may be reported to national credit bureaus.
- Administrative Wage Garnishment: Your non-Federal wages may be garnished through administrative wage garnishment (no court order is required).
- Investigation: U.S. Department of the Treasury may order an investigation of your assets to determine your ability to pay your debt.
- Report your debt to the IRS: If your debt is determined to be uncollectible, the U.S. Department of the Treasury may report your debt to the Internal Revenue Service as income to you (Form 1099). You may owe taxes on this type of income.

You have the right to request a review of the debt and to inspect and copy our records concerning the debt. If you wish to request a review of your debt, or to enter into a repayment plan you must make your request in writing make your request in writing via email to 1603Awards@treas.gov within 60 days from the date of this letter to avoid having your Federal payments offset to collect this debt

Your prompt attention to this matter is appreciated.

Sincerely,

*[signature]*

Richard L. Gregg

Fiscal Assistant Secretary